# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk O.N. Aldape

| | | |
|---|---|---|
| JAVIER LOPEZ CANTU, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-154 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-020 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## O R D E R

Petitioner, Javier Lopez Cantu, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. The United States Government is hereby ordered to file a response by December 22, 2000.

DONE at Brownsville, Texas, this 6th day of November, 2000.

John Wm. Black
United States Magistrate Judge