3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | CR. B-97-020 |
| JAVIER LOPEZ-CANTU, | § | CV B-00-154 |
| Defendant-Petitioner. | § | |
| (Civil Action No. B-00-154) | § | |

## ORDER

Pending before this court is the United States' Motion for Extension of Time of at least 45 days to File an Answer to Petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. §2255. After having considered same, this court is of the view that the relief should be granted for the reasons set out in the United States' motion. It is ordered that the United States answer is due within __45__ days of entry of this order.

Signed this __19__ day of __DECEMBER__, 2000.

_____
JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com