United States District Court
Southern District of Texas
ENTERED

JUL 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk O. H. Aldape

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER LOPEZ CANTU | § | |
|    Petitioner, | § | |
| | § | CIVIL NO. B-00-154 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-0-20 |
| UNITED STATES OF AMERICA | § | |
|    Respondent. | § | |

## ORDER DISMISSING PETITIONER'S WRIT OF HABEAS CORPUS

BEFORE the Court is Petitioner's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1). After due consideration of the facts and applicable law, the Court is of the opinion that Petitioner's motion should be DENIED.

It is therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" is hereby DISMISSED.

SIGNED this the 17th day of July, 2001.

Filemon B. Vela
United States District Judge