9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAVIER LOPEZ CANTU | ) | |
| Petitioner | ) | |
| | ) | CIVIL NO. B-00-154 |
| VS. | ) | |
| | ) | CRIMINAL NO. B-97-CR-20 |
| UNITED STATES OF AMERICA | ) | |
| Respondent | ) | |

## NOTICE OF APPEAL

Notice is hereby given that JAVIER LOPEZ CANTU, Petitioner, by and through his attorney of record, Chris Flood, appeals to the United States Court of Appeals for the Fifth Circuit from the judgment on Petitioner's Motion Under 18 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence entered in this action on July 17, 2001.

Respectfully submitted,

FLOOD & FLOOD

_____
Chris Flood
914 Preston Avenue, Suite 800
Houston, TX 77002
(713) 223-8877
(713) 223-8879 (Fax)
State Bar No. 07155700
Federal I.D. No. 9929
**Attorney for Movant**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Movant's **Notice of Appeal** of the Judgment on His § 2255 Motion has been served on Jody Young, Assistant United States Attorney, by mailing same to 600 E. Harrison #201, Brownsville, Texas 78520, on July 24, 2001.

_____
Chris Flood