/0

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAVIER LOPEZ CANTU )<br>Petitioner ) | |
| ) | CIVIL NO. B-00-154 |
| VS. ) | |
| ) | CRIMINAL NO. B-97-CR-20 |
| UNITED STATES OF AMERICA )<br>Respondent ) | |

## APPLICATION FOR CERTIFICATE OF APPEALABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JAVIER LOPEZ CANTU, Movant, by and through his attorney of record, Chris Flood, and pursuant to 28 U.S.C. § 2253 and Rule 22 of the Federal Rules of Appellate Procedure, files this Application for Certificate of Appealability, saying for cause as follows:

1. On July 17, 2001, this Court denied Movant's motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.

2. On July 26, 2001, Movant gave timely notice of appeal.

3. Movant was denied his constitutional right to Due Process and proof beyond a reasonable doubt of every element of the offense, as stated in Movant's original motion. Specifically, the Supreme Court's decision in *Apprendi v. New Jersey*, 120 S.Ct. 2348 (2000), and the Fifth Circuit's decision in *United States v. Meschack*, #99-50669 (Aug. 28, 2000), support the Movant's contention that he was denied his constitutional right. In addition, Movant was denied his right to Due Process under the Fifth Amendment to the United States Constitution wherein he was put to trial in an indictment based on perjured testimony.

WHEREFORE, Movant respectfully requests that this Court issue a Certificate of Appealability under United States Code § 2253(c).

Respectfully submitted,

FLOOD & FLOOD

_____
Chris Flood
914 Preston Avenue, Suite 800
Houston, TX 77002
(713) 223-8877
(713) 223-8879 (Fax)
State Bar No. 07155700
Federal I.D. No. 9929
**Attorney for Movant**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Movant's Application for Certificate of Appealability has been served on Jody Young, Assistant United States Attorney, by mailing same to 600 E. Harrison #201, Brownsville, Texas 78520, on September 28, 2001.

_____
Chris Flood