# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 01-40861
Conference Calendar

D.C. Docket No. B-00-CV-154
B-97-CR-20-1

U.S. COURT OF APPEALS
**FILED**
DEC 1 2 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
FEB 0 7 2003
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAVIER LOPEZ CANTU

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: FEB 0 4 2003

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

FEB 0 4 2003

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 4, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

FEB 0 7 2003

Michael N. Milby, Clerk of Court

No. 01-40861 USA v. Cantu
     USDC No. B-00-CV-154
           B-97-CR-20-1

Enclosed is a copy of the order denying the motion for stay of mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 16) Volumes    ( 1 ) Envelope    (  ) Boxes
                 (SEALED)

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Chris P. Descant, Deputy Clerk
    504-310-7704

cc: (letter only)
    Honorable Filemon B Vela
    Ms Renata Ann Gowie
    Mr Chris Flood

MDT-1