IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40068
USDC No. 1:00-CV-154 (1:97-CR-20-ALL)

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

JAVIER LOPEZ CANTU,

    Defendant-Appellant.

U.S. COURT OF APPEALS
FILED
MAR 8 2005
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAR 15 2005
Michael N. Milby
Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas

Before REAVLEY, JONES, and CLEMENT, Circuit Judges.

BY THE COURT:

    This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). The district court entered a final judgment denying 28 U.S.C. § 2255 relief in this case on July 19, 2001. Thereafter, this court entered an order affirming the judgment of the district court. United States v. Cantu, No. 01-40861 (5th Cir., December 2, 2002) (unpublished). On October 10, 2003, the defendant filed a motion for a certificate of appealability (COA) and on December 23, 2003, the district court denied the motion for a COA. On December 17, 2004, the defendant filed a notice of appeal from the order denying COA. This court's December 2, 2002, order dismissing the appeal in the 2255 action renders the current appeal moot. Accordingly, the appeal is DISMISSED.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy

New Orleans, Louisiana     MAR 09 2005